UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-18575 |
| | ) | |
| DARRYL N. SWINDLE | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## ORDER FOR RULE TO SHOW CAUSE AND FOR SANCTIONS

This cause, coming to be heard on the Debtor's Motion, due notice being given, and the Court being fully advised;

IT IS HEREBY ORDERED:

1. A Rule to Show Cause, with a return date of November 27, 2017, at 11:00 a.m. (Cox) is issued as to why Ebony Lucas and Property Law Group should not be held in contempt of court for violations of the automatic stay; and

2. Ebony Lucas, Property Law Group, Parkside Place Condominium Association, and anyone acting in concert with, or on behalf of those entities, are enjoined from any taking any actions or making any attempts to evict the Debtor from his condominium unit until a final resolution is reached in this matter.

Enter:

/s/ Jacqueline P. Cox
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 11-6-17

**Prepared by:**
Adam R. Quigley
Kaplan Bankruptcy Firm, LLC
25 East Washington St. Suite 1501
Chicago, IL 60602
ARDC 6322054
(312) 294-8989

Rev: 20170105_bko