UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: **JACQUELINE P. COX**

Hearing Date: 11/27/17

Bankruptcy Case No.: 17 B 18575

Adversary No.:

Title of Case: In re: Darryl N. Swindle

Brief Statement of Motion: Motion for Rule to Show Cause and for Sanctions

Names and Addresses of moving counsel:
Adam R. Quigley
25 E. Washington St, Ste 1501
Chicago, IL 60602

Representing: Darryl N. Swindle

## ORDER

**IT IS HEREBY ORDERED**

Damages are awarded in favor of the Debtor. Debtor's counsel is to provide proof of damages to the Court, to be heard December 11, 2017, at 11:00 AM.

*/s/ Jacqueline P. Cox*

JACQUELINE P. COX
UNITED STATES BANKRUPTCY JUDGE

6/11/99