UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re Darryl N. Swindle,

Debtor.

Bankr. No. 17-18575

Chapter 13

Judge Jacqueline Cox

**Order Setting Evidentiary Hearing on Motion for Sanctions and Motion to Vacate**

Because the parties are in disagreement about the facts surrounding the Motion for Sanctions the court will conduct an evidentiary hearing of the facts regarding this matter on January 8, 2018 at 1:00 p.m.

The parties are ordered to file with the court a list of witnesses whose testimony the party will present at the hearing and a list of the exhibits it intends to introduce into evidence. Those lists shall be filed on or before December 28, 2017.

The December 18, 2017 hearing herein is stricken.

Judge: *Jacqueline P. Cox*

Date: December 13, 2017