UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

FEB 07 2018

JEFFREY P. ALLSTEADT, CLERK
TEAM - CA

IN RE:                          )
                                )
Darryl N. Swindle,              )     Bankruptcy No.  17 B 18575
                                )
        Debtor(s),              )
                                )
                                )     Hon. Jacqueline P. Cox


### CERTIFICATE OF MAILING

I, Josephine Green, hereby certify that on February 7, 2018, I caused to be served via First Class Mail (**) and/or electronically via the Court's electronic notification system copies of the attached **Memorandum Opionion** to the parties named below.

**Darryl N. Swindle**
1430 E. 69th Street
Unit #3S
Chicago, IL 60637

**Rae Kaplan**
Kaplan Bankruptcy Firm, LLC
25 East Washington St.
Suite 1501
Chicago, IL 60602

**Ebony Lucas (**)**
Peace of Mind Properties
1038 E. 47th St., Ste. 3E
Chicago, IL 60653

**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Email: **attorney@creditpeaceofmind.com**

By: _____
    Courtroom Deputy