UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Darryl Swindle,** | ) | Bankruptcy No. 17 B 18575 |
| | ) | |
| Debtor(s). | ) | |
| | ) | Hon. Jacqueline P. Cox |

### CERTIFICATE OF MAILING

I, Josephine Green, hereby certify that on March 29, 2018, I caused to be served via First Class Mail (**) and/or electronically via the Court's electronic notification system copies of the attached **Order on Ms. Ebony Lucas' Motion for Reconsideration** to the parties named below.

**Adam R Quigley (**)**
Kaplan Bankruptcy Firm, LLC
25 E Washington St
Suite 1501
Chicago, IL 60602
(312) 294-8989
Fax : (312) 294-8995
Email: **aquigley@financialrelief.com**

**Ebony Lucus (**)**
The Property Law Group, LLC
641 E. Pershing St., Ste. E
Chicago, IL 60653
Email: elucus@plgesq.com

**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

By: /s/ Josephine Green
Courtroom Deputy